ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| The RAND Corporation | ) ASBCA No. 63232 |
| | ) |
| Under Contract No. W91WAW-12-C-0030 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:  Nicole J. Owren-Wiest, Esq.
Erin N. Rankin, Esq.
Alexandra Barbee-Garret, Esq.
 Crowell & Morning LLP
 Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Samuel W. Morris, Esq.
 DCMA Chief Trial Attorney
Srikanti Schaffner, Esq.
Kara M. Klaas, Esq.
 Defense Contract Management Agency
 Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 10, 2024

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63232, Appeal of The RAND Corporation, rendered in conformance with the Board's Charter.

Dated:  May 10, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals